IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02270-BNB

REGINALD HOLMES,

    Plaintiff,

v.

JAMES WITCHELL, and
INDEPENDENT RECORDS,

    Defendants.

## ORDER OF DISMISSAL

    On September 4, 2012, Magistrate Judge Boyd N. Boland entered an order directing Plaintiff, Reginald Holmes, to file an amended complaint that provides an address for Defendant James Witchell and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.  Mr. Holmes was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

    On September 5, 2012, Mr. Holmes filed a letter to the Court asking that Defendant Independent Records to be served with court documents on his behalf.  On September 21, 2012, Mr. Holmes filed a copy of a Denver Police Department report with a handwritten notation stating that the document includes an address for Defendant James Witchell.

    Mr. Holmes has failed to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure within the time

allowed.  Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Holmes failed to comply with a court order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   15th   day of    November   , 2012.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court